1  PHILIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5      Social Security Administration
6      160 Spear Street, Suite 800
       San Francisco, CA  94105
7      Telephone: (415) 977-8939
       Facsimile: (415) 744-0134
8      Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

10                    UNITED STATES DISTRICT COURT
11                    EASTERN DISTRICT OF CALIFORNIA
12                        SACRAMENTO DIVISION
13

14 KAREN MARLENE PARIS,              )  Civil No. 2:16-cv-01381-EFB
                                     )
15     Plaintiff,                    )  **STIPULATION AND** ~~PROPOSED~~ **ORDER**
                                     )  **FOR A FIRST EXTENSION OF TIME**
16     v.                            )  **FOR DEFENDANT TO FILE HER**
                                     )  **MOTION FOR SUMMARY JUDGMENT**
17 CAROLYN W. COLVIN,                )
18 Acting Commissioner of Social Security, )
                                     )
19     Defendant.                    )
20                                   )

21     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and
22 with the approval of the Court, that Defendant shall have a first extension of time of 30 days to
23 file her motion for summary judgment.  Defendant respectfully requests this additional time
24 because of a very heavy workload and because of a two week preplanned vacation for the
25 holidays ending Friday, January 6, 2017.
26
27
28 Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Friday, January 20, 2017.

Respectfully submitted,

Date: *January 5, 2017*                     LAW OFFICE OF LAWRENCE D. ROHLFING

By:    */s/ Lawrence Rohlfing\**
       LAWRENCE ROHLFING
       *\* By email authorization on Jan. 4, 2017*
       Attorney for Plaintiff

Date: *January 5, 2017*                     PHILIP A. TALBERT
                                            United States Attorney

By:    */s/ Jeffrey Chen*
       JEFFREY CHEN
       Special Assistant United States Attorney
       Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: January 17, 2017.

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2